IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDGAR AMIR GRACIANI,

    Petitioner,

v.

CAROL HOLINKA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-296-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that the petition of Edgar Amir Graciani for a writ of habeas corpus under 28 U.S.C. § 2241 is denied for his failure to show that he is in custody in violation of federal law.

By: _Lynn Kamla, Deputy Clerk_       7-14-11
Peter Oppeneer, Clerk of Court      Date